**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**GRACIE DAVIS,**                        )
                                        )
    **Plaintiff,**            )
                                        )
    **v.**                    )    **Civil Action No. 13-1349 (ESH)**
                                        )
**UNITED STATES,** *et al.*              )
                                        )
    **Defendants.**            )
_____ )


## ORDER

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss [ECF No. 5] is **GRANTED** and plaintiff's

motion for a temporary restraining order is **DENIED.**


                                                  /s/
                          ELLEN SEGAL HUVELLE
                          United States District Judge

DATE:  January 10, 2014